```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05161
   FAUSTO GUEVARA
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1364


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 06/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00            .00
LVNV FUNDING              UNSECURED        3391.84            .00            .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00            .00
SBC                       UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL RETAIL S    UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL RETAIL S    UNSECURED       NOT FILED           .00            .00
FIRST BANK                UNSECURED       NOT FILED           .00            .00
FIRST BANK                UNSECURED       NOT FILED           .00            .00
LOYOLA UNIVERSITY PHY NS  UNSECURED       NOT FILED           .00            .00
MERCHANTS & PROFESSIONAL  UNSECURED       NOT FILED           .00            .00
PEDRO FRANCIS GUEVARA     NOTICE ONLY     NOT FILED           .00            .00
MARIA E GUEVARA           NOTICE ONLY     NOT FILED           .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE         .00           .00            .00
COOK COUNTY TREASURER     SECURED               .00           .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY     2,873.00                       1,366.56
TOM VAUGHN                TRUSTEE                                          118.83
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,485.39

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,366.56
TRUSTEE COMPENSATION                              118.83
DEBTOR REFUND                                        .00
                        --------------      --------------
TOTALS                   1,485.39              1,485.39


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05161 FAUSTO GUEVARA
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE